(No. 73—CC—84█ 

PARADYNE CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF TELECOMMUNICATIONS, Respondent.

*Opinion filed April 16, 1973.*

PARADYNE CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—89█ 

RODI-CHRIS CRAFT, INC., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 16, 1973.*

RODI-CHRIS CRAFT, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.